**Order entered July 21, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00163-CV

**SALLY TYE F/K/A SALLY S. SHUFFIELD, INDIVIDUALLY AND AS CO-TRUSTEE OF THE SHUFFIELD LIVING TRUST, Appellant**

**V.**

**RODNEY M. SHUFFIELD, INDIVIDUALLY AND AS CO-TRUSTEE OF THE SHUFFIELD LIVING TRUST, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02071-2020**

### ORDER

Before the Court is appellant's July 20, 2022 unopposed motion to extend briefing deadline. We **GRANT** the motion and **ORDER** appellant's brief be filed no later than August 8, 2022.

/s/     KEN MOLBERG
        JUSTICE